```
 1   ROBERT S. BREWER, JR.
     United States Attorney
 2   MATTHEW BREHM
 3   Assistant U.S. Attorney
     California Bar No.: 239288
 4   Office of the U.S. Attorney
     880 Front Street, Room 6293
 5   San Diego, CA 92101
 6   Tel: (619) 546-8983
     Email:  Matthew.Brehm@usdoj.gov
 7
 8   Attorneys for United States of America
 9
10                        UNITED STATES DISTRICT COURT
11                       SOUTHERN DISTRICT OF CALIFORNIA
12
13   UNITED STATES OF AMERICA,          Case No.: 19CR2162-AJB
14         Plaintiff,
15      v.                              NOTICE OF APPEARANCE
16
17   JOHN SWITZER (3),
18         Defendant.
19
20          TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
21
22     I, the undersigned attorney, enter my appearance as lead counsel in the above-
23   captioned case.  I certify that I am admitted to practice in this court or authorized to
24   practice under CivLR 83.3.c.3-4.
25
26
27
                                           1
28
```

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

NONE

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

NONE

Please call me if you have any questions about this notice.

DATED:    October 10, 2019                 Respectfully submitted,

*/s/ Matthew Brehm*
MATTHEW BREHM
Assistant United States Attorney
United States of America

2